**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6864**

---

DENNIS MICHAEL WILKERSON,

Plaintiff - Appellant,

v.

R. HUDGINS, Warden, Gilmer FCI, in official and individual capacity; THOMAS DUVALL, Psychologist, Gilmer FCI, in official and individual capacity; R. CLEM, Unit Manager, Gilmer FCI, in official and individual capacity; MS. THOMPSON, Associate Warden, Gilmer FCI, in official and individual capacity; MR. RIFFLE, Captain, Gilmer FCI, in official and individual capacity; D. BISHOFF, Lieutenant of the SHU, Gilmer FCI, in official and individual capacity; T. WAGNER, Psychologist, Gilmer FCI, in official and individual capacity; C. BUSH, Psychologist, Gilmer FCI, in official and individual capacity; MR. SMITH, CMC, Gilmer FCI, in official and individual capacity; B. LEGG, Correctional Officer, Gilmer FCI, in official and individual capacity; B. GAINER, Correctional Officer, Gilmer FCI, in official and individual capacity; UNKNOWN CAUCASIAN CORRECTIONAL OFFICERS, male and female, in their official and individual capacity; UNKNOWN INSTITUTIONAL DUTY OFFICERS, male and female, in their official and individual capacity; MR. FERGUSON, Correctional Officer, Gilmer FCI, in official and individual capacity; UNKNOWN LIEUTENANTS, Gilmer FCI, in their official and individual capacity; UNKNOWN TRAINING OFFICERS, Gilmer FCI, in their official and individual capacity; UNKNOWN ADMINISTRATIVE ASSISTANT TO WARDEN HUDGINS, Gilmer FCI, in official and individual capacity; LIEUTENANT KINDER, Gilmer FCI, in official and individual capacity; CORRECTIONAL OFFICER MAYO, Gilmer FCI, in official and individual capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00040-JPB-JPM)

_____

Submitted:  April 28, 2026                         Decided:  May 1, 2026

_____

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dennis Michael Wilkerson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Dennis Michael Wilkerson appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Wilkerson v. Hudgins*, No. 5:25-cv-00040-JPB-JPM (N.D. W. Va. Sep. 12, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*